FILED

09/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0357 & DA 20-0358

IN THE MATTERS OF:

A.W. and B.W.,

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Father's motion to consolidate, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Father's motion is GRANTED and the two cause numbers noted above are hereby consolidated under Cause No. DA 20-0357.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2020